DANIEL J. BRODERICK, Bar #89424
Federal Defender
SAMYA BURNEY, Bar #224049
Staff Attorney
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CHERYL CONELLY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:10-MJ-00045 GSA |
| ) | |
| *Plaintiff,* ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING; |
| v. ) | and ORDER |
| ) | |
| CHERYL CONELLY, ) | DATE: April 15, 2010 |
| ) | TIME: 10:00 AM |
| *Defendant.* ) | JUDGE: Honorable Dennis L. Beck |
| ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-entitled matter now scheduled for April 1, 2010, **may be continued to April 15, 2010 at 10:00 a.m.**

This continuance is requested by counsel for the defendant because counsel for both parties are scheduled to be out of their respective offices on April 1, 2010, the date now set for hearing. The requested continuance will allow defense counsel additional time for defense preparation and for the parties to conduct further plea negotiations prior to the hearing. Certified Law Clerk James Hering, on behalf of the United States Attorney's Office, has no objection to this request. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

No exclusion of time is necessary because this case involves Class B misdemeanors and does not fall within the Speedy Trial Act.

BENJAMIN B. WAGNER
United States Attorney

DATED: March 24, 2010

/s/ James Hering
JAMES HERING
Certified Law Clerk
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: March 24, 2010

/s/ Samya Burney
SAMYA BURNEY
Staff Attorney
Attorney for Defendant
Cheryl Conelly

**O R D E R**

IT IS SO ORDERED.

Dated: **March 29, 2010**          /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

Stipulation to Continue Status Conference;
[Proposed] Order